IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**DESTINY CARPENTER**                                                   PLAINTIFF

v.                              No. 4:14-cv-219-DPM

**PERFORMANT RECOVERY, INC. and
DOES, 1 through 10, inclusive**                                         DEFENDANTS

JUDGMENT

This case is dismissed with prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

22 January 2015